# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE HOSANG LAWSON ) | Civil Action No. |
| ) | 1:19-CV-11222-DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FMR LLC, dba FIDELITY INVESTMENTS, ) | |
| FMR CORP., dba FIDELITY INVESTMENTS,) | |
| and FIDELITY BROKERAGE SERVICES ) | |
| LLC, dba FIDELITY INVESTMENTS, ) | |
| ) | |
| Defendants. ) | |

June 21, 2019

### MOTION FOR PERMISSION TO USE (CM/ECF) SYSTEM

Plaintiff Jackie Hosang Lawson respectfully ask this Court for permission to use the United States District Court, District of Massachusetts, electronic filing system (CM/ECF).

/s/ *Jackie Hosang Lawson, Pro Se*
JACKIE HOSANG LAWSON
27 Kilsyth Road
Brookline, MA 02445
(617) 739-4088
Jackielaw88@comcast.net

1